UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 99-1285

———————

TIERRE WALLACE,

Plaintiff - Appellant,

versus

D. M. D'CAMERA, Officer, individually, and as
an agent for the Anne Arundel County Police
Department; HARRY COLLIER, Lieutenant, Offi-
cer, individually and as an agent for the Anne
Arundel County Police Department; ANNE ARUNDEL
COUNTY POLICE DEPARTMENT; ANNE ARUNDEL COUNTY,
MARYLAND,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge. (CA-98-
1047-MJG)

———————

Submitted:  May 11, 1999              Decided:  May 21, 1999

———————

Before ERVIN and TRAXLER, Circuit Judges, and HALL, Senior Circuit
Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Tierre Wallace, Appellant Pro Se. John Francis Breads, Jr., Phillip
F. Scheibe, ANNE ARUNDEL COUNTY OFFICE OF LAW, Annapolis, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tierre Wallace appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Wallace v. D'Camera</u>, No. CA-98-1047-MJG (D. Md. Jan. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>